Emil F. Begiebing, Appellant, v. Max Jagerhuber, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Isabella L. Weaver, Appellant, v. James B. Quinn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence M. Myron, Respondent, v. Herbert B. Myron, Appellant.— Order reversed and motion granted, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur M. Werner, Appellant, v. Henry Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris H. Rothschild and Another, Doing Business under the Firm Name, etc., Respondents, v. David Morrice, Jr., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James Fay, Respondent, v. Tri-States Publishing Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles A. Frueauff and Another, Partners, etc., Respondents, v. George Moore and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on Pace v. Amend (164 App. Div. 206). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of Antonios A. Thanasules (a subject of Greece), Deceased. George A. Thanasules, Appellant; Demetrius M. Botassis, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Samuel Geller, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Harry Brown and Nathan Kirshanbaum.— Motion to dismiss appeal granted unless appellants comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Joseph Miller and Nathan Kirshanbaum.— Motion to dismiss appeal granted unless appellants comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Walter H. Marshall.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.